IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL B. CALDARERA**                                                      **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 1:25-cv-00145-HSO-BWR**

**PHH MORTGAGE SERVICES and**
**BANK OF NEW YORK MELLON TRUST**
**COMPANY, N.A., AS TRUSTEE FOR**
**MORTGAGE ASSETS MANAGEMENT SERIES**
**I TRUST**                                                      **DEFENDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susan Fahey Desmond of McGlinchey Stafford, PLLC, hereby enters her appearance as one of the attorneys of record for the Defendant, Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust, in the above-styled and numbered case.

THIS, the 14th day of July, 2025.

                                                   Respectfully submitted,

                                                   **BANK OF NEW YORK MELLON TRUST**
                                                   **COMPANY, N.A. AS TRUSTEE FOR MORTGAGE**
                                                   **ASSETS MANAGEMENT SERIES I TRUST**

                                                   By        */s/ Susan Fahey Desmond*
                                                                   Susan Fahey Desmond

**OF COUNSEL:**

Susan Fahey Desmond (MS Bar No. 5116)
Email: sdesmond@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Telephone (504) 400-6124; Facsimile (504) 596-2800
and
McGlinchey Stafford, PLLC
1020 Highland Colony Pkwy., Ste. 406
Ridgeland, MS 39157

27466844.1

## CERTIFICATE OF SERVICE

I, Susan F. Desmond of McGlinchey Stafford, PLLC, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

James B. Wright , Jr    jwright@mslegalservices.org

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non-CM/ECF system participants:

        None

THIS, the 14th day of July, 2025.

        *s/ Susan Fahey Desmond*
        OF COUNSEL

27466844.1