**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**PAUL B. CALDARERA**                                                        **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 1:25-cv-00145-HSO-BWR**

**PHH MORTGAGE SERVICES and
BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., AS TRUSTEE FOR
MORTGAGE ASSETS MANAGEMENT SERIES
I TRUST**                                                    **DEFENDANTS**

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

COME NOW the Defendants, PHH MORTGAGE CORPORATION, erroneously named as PHH Mortgage Services, and BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST (collectively, the "Defendants"), by and through their attorney, and hereby files this, its *Motion to Withdraw as Counsel of Record* in these proceedings, and in support thereof, would show unto the Court the following:

1. Defendants are currently represented in this matter by John T. Rouse and the law firm of McGlinchey Stafford, PLLC.

2. John T. Rouse is no longer associated with the law firm of McGlinchey Stafford, PLLC, and is now associated with the law firm of Phelps Dunbar LLP.

3. The Defendants now desire that John T. Rouse be granted leave to withdraw as counsel of record in these proceedings for Defendants.

3. Defendants have appointed substitute counsel, who has already appeared in this matter on their behalf and will not be prejudiced by this Motion. *See* Notices of Appearance filed by Susan Fahey Desmond, Doc. Nos. 9 and 10.

WHEREFORE, Defendant respectfully moves this Court for entry of an order granting leave to John T. Rouse to withdraw as counsel of record for Defendant. Defendant further prays for general relief.

THIS, the 14th day of July, 2025.

    Respectfully submitted,

    **PHH MORTGAGE CORPORATION, erroneously named as PHH Mortgage Services, and BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST Defendants**

    *By:  s/ John T. Rouse*
       John T. Rouse

**OF COUNSEL:**

John T. Rouse (MSB No. 101586)
**PHELPLS DUNBAR LLP**
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Phone: (601) 360-9316
Email: john.rouse@phelps.com

## **CERTIFICATE OF SERVICE**

I, the undersigned John T. Rouse, Phelps Dunbar LLP, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the other parties:

James B. Wright, Jr. -   jwright@mslegalservices.org

Susan Fahey Desmond    sdesmond@mcglinchey.com, abladsacker@mcglinchey.com, bbourg@mcglinchey.com, susan-desmond-7974@ecf.pacerpro.com

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non-CM/ECF participants:

NONE

THIS, the 14th day of July, 2025.

*s/ John T. Rouse*
JOHN T. ROUSE