IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL B. CALDARERA**                                                                 **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 1:25-cv-00145-HSO-BWR**

**PHH MORTGAGE SERVICES and
BANK OF NEW YORK MELLON TRUST
COMPANY, N.A., AS TRUSTEE FOR
MORTGAGE ASSETS MANAGEMENT SERIES
I TRUST**                                                                                **DEFENDANTS**

---

**ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

THIS CAUSE came before the Court on the *Motion to Withdraw as Counsel of Record* [Doc. 11] by the Defendants, PHH MORTGAGE CORPORATION, erroneously named as PHH Mortgage Services, and BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST (collectively, the "Defendants"), and the Court finds that the Motion is well taken and should be granted.

IT IS, HEREBY ORDERED that John T. Rouse, now associated with the law firm of Phelps Dunbar LLP, be and hereby is withdrawn as counsel of record for the Defendants, and Susan Fahey Desmond of the law firm of McGlinchey Stafford, PLLC, has entered her appearances [Doc. 9 and Doc. 10] and will continue as counsel of record for the Defendants.

SO ORDERED this 16th day of July, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

<u>*s/ John T. Rouse*</u>
John T. Rouse (MSB # 101586)
**PHELPLS DUNBAR LLP**
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Phone: (601) 360-9316
Email: john.rouse@phelps.com