IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL B. CALDARERA**                                                                 **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:25-cv-00145-HSO-BWR**

**PHH MORTGAGE SERVICES and**
**BANK OF NEW YORK MELLON TRUST**
**COMPANY, N.A., AS TRUSTEE FOR**
**MORTGAGE ASSETS MANAGEMENT SERIES**
**I TRUST**                                                                         **DEFENDANTS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marcellus D. Chamberlain of McGlinchey Stafford, PLLC, hereby enters her appearance as one of the attorneys of record for the Defendant, PHH Mortgage Services, in the above-styled and numbered case.

THIS, the 4th day of September, 2025.

                                       Respectfully submitted,

                                       **PHH MORTGAGE CORPORATION,**
                                       **erroneously named as PHH Mortgage Services**

                                       By:      */s/Marcellus D. Chamberlain*
                                                Marcellus Chamberlain, MS Bar #105672
                                                One of Its Attorneys

**OF COUNSEL:**
Marcellus D. Chamberlain, MS Bar #105672
**McGlinchey Stafford, PLLC**
1020 Highland Colony Pkwy, Ste 406
Ridgeland, MS 39157
Telephone: (769) 524-2320
Facsimile: (601) 510-5609
mchamberlain@mcglinchey.com

## **CERTIFICATE OF SERVICE**

I, Marcellus D. Chamberlain, of McGlinchey Stafford, PLLC, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

James B. Wright , Jr    jwright@mslegalservices.org

and I hereby certify that I have mailed by United States Postal Service and/or emailed the document to the following non-CM/ECF system participants:

None

THIS, the 4th day of September, 2025.

*s/ Marcellus D. Chamberlain*
OF COUNSEL

27736487.1